UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CHARLES FARBE                                                                                   PLAINTIFF

V.                                                        CIVIL ACTION NO. 3:23-CV-9-KHJ-MTP

D.E.A., et al.                                                                                DEFENDANTS

FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court adopts the [5] Report and Recommendation of United States Magistrate Judge Michael T. Parker.

IT IS ORDERED AND ADJUDGED, that this case is DISMISSED without prejudice.

SO ORDERED, this the 21st day of March, 2023.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE